UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADRIAN PEREZ,

    Plaintiff,

v.                                           Case No. 5:23-cv-314-TKW-MJF

ROBERT LEE CAMPBELL,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 58). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's First Amendment retaliation claim should be dismissed for failure to exhaust administrative remedies. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 51) is **GRANTED**, and Plaintiff's First Amendment retaliation claim is **DISMISSED** for failure to exhaust administrative remedies.

3. This case is returned to the magistrate judge for further proceedings on Plaintiff's Eighth Amendment claim.

**DONE AND ORDERED** this 13th day of June, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**